AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   1:21-mj-24
A 2012 WHITE JEEP GRAND CHEROKEE WITH WEST )
VIRGINIA LICENSE TAG 53T507, VIN: )
1C4RJFAT2CC204303 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ___Northern___ District of ___West Virginia___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 372, 111(a)&(b), 2, 231(a)(3), 1512(c), 1752(a)(1), (2), (4)&(b)(1)(A) & 40 USC §5104(e)(2) | Conspiracy to impede/injure officer; Assaulting/resisting/impeding certain officers; Aiding/abetting; Civil disorders; Tampering with witness/victim/informant; Restricted building/grounds; Unlawful activities. |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Riley Palmertree, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___03/14/2021___ by phone

*Judge's signature*

City and state: Clarksburg, WV    Michael J. Aloi, United States Magistrate Judge
*Printed name and title*