## ATTACHMENT A
### Property to Be Searched

The property to be searched is as follows:

The PREMISES is located at 205 BLUE RIDGE LANE, MORGANTOWN, WEST VIRGINIA, 26508. The premises is a beige townhouse with a white garage. The number 205 appears on the front door.

The BUSINESS is located at 708 Beechurst Avenue, Morgantown, West Virginia, 26505. The premises is a fast food eatery called Sandwich University. The structure appears to be a sit-down and takeout restaurant with a brick front and a sign that states Sandwich University above the front entrance door.

The VEHICLE is described as a 2012 white Jeep Grand Cherokee with West Virginia license tag 53T507, VIN: 1C4RJFAT2CC204303. The VEHICLE appears to have an expired registration.